# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 13cr40021 TSH |
| ) | |
| HUY ANH LAM, ) | ) |
|        Defendant. ) | ) |

### GOVERNMENT'S MOTION TO SEAL

Pursuant to FRCP 6(e)(4), the United States of America hereby moves that this Court direct that the Indictment, and the file of this new criminal case, be sealed, and that no person shall disclose the Indictment, except as and when necessary for the issuance and execution of an arrest warrant, until the defendant is taken into custody, or further order of this Court.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
RICHARD L. HOFFMAN
Assistant U.S. Attorney
Tel. 617-748-3279
Date:   September 18, 2013

Allowed / t/(o USMS 9/19/13